# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

IN THE INTEREST OF Z.A.

NO. 2025 KW 0559

**JUNE 13, 2025**

---

In Re:    Z.A., applying for supervisory writs, City Court of East St. Tammany, Parish of St. Tammany, No. 25-JP-2892.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

                              PMc
                              HG
                              TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT